**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wayne Evangelista,                                  Case No. 25-CV-0778 (JMB/SGE)

       Petitioner,

v.                                                                **ORDER**

Federal Bureau of Prisons, The Warden of
F.P.C. Duluth

       Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Shannon G. Elkins dated January 20, 2026. (Doc. No. 32.) The R&R recommends that the Court dismiss this action without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1), for mootness and for failure to state a claim. (*Id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The R&R (Doc. No. 32) is ADOPTED;

2.     Defendants' Motion to Dismiss (Doc. No. 22) is GRANTED; and

3.     The action is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

Dated:  March 20, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court